JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/5/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROBINSON, | Case No. ED CV 13-00624 MWF (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. SOTO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 8, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE